**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | NO. 4:07CR00007-01 GTE | |
| TYJUAN TOWNSEND | | DEFENDANT |

**SUPPLEMENT TO JUDGMENT AND COMMITMENT**

On August 31, 2009, the Judgment and Commitment was filed setting forth Defendant's sentence of Ten (10) years' imprisonment; three (3) years supervised release and $100 Special Assessment. The Judgment and Commitment, however, failed to set forth the forfeiture allegation. The following supplement is hereby added to the Judgment and Commitment:

**The Defendant, Tyjuan Townsend, shall forfeit the defendant's interest in the following property to the United States:**

(1) One SKS 7.32 x 39 mm assault rifle with extended capacity magazine and bearing serial number 680709

(2) One .22 caliber Remington rifle bearing serial number 2520238

(3) One Mossberg 20 gauge shotgun bearing serial number K883325

(4) Eight 20 gauge shotgun shells taken out of the shotgun described in paragraph three above;

(5) One Winchester .3006 caliber rifle bearing serial number G1663842

(6) One 20 gauge shotgun bearing serial number 466768

All other conditions of his Judgment and Commitment shall remain the same.

SO ORDERED this 30th day of September, 2009

                                                                          /s/Garnett Thomas Eisele
                                                                 UNITED STATES DISTRICT JUDGE