AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 10 2020

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| TYJUAN DEVELLE TOWNSEND | |
| | Case No.   4:07CR7-01; 4:08CR63-03 & 4:19CR188-BRW |
| | USM No. 24460-009 |
| | Sonia Fonticiella |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑  admitted guilt to violation of condition(s)   **General and Special**   of the term of supervision.

☐  was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Commission of another federal, state or local crime. | 09/30/2020 |
| General | Unlawful possession and use of a controlled substance. | 09/05/2020 |
| Special | Failure to participate in mental health program. | 09/16/2020 |

    The defendant is sentenced as provided in pages 2 through ___2___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   4453

Defendant's Year of Birth:   1976

City and State of Defendant's Residence:

10/08/2020
Date of Imposition of Judgment

_Billy R. Wilson_
Signature of Judge

BILLY ROY WILSON, U.S. DISTRICT JUDGE
Name and Title of Judge

10-10-20
Date

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
                        Sheet 2— Imprisonment

Judgment — Page    2    of    2

DEFENDANT: TYJUAN DEVELLE TOWNSEND
CASE NUMBER: 4:07CR7-01; 4:08CR63-03 & 4:19CR188-BRW

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

18 months to run concurrently in Eastern District of Arkansas Case Numbers: 4:07CR0007-01 BRW; 4:08CR00063-03 BRW and 4:19CR00188-01 BRW, with no term of Supervised Release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in residential substance abuse treatment during incarceration.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

     ☐   at   _____ ☐ a.m. ☐ p.m.   on   _____ .

     ☐   as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐   before 2 p.m. on   _____ .

     ☐   as notified by the United States Marshal.

     ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on   _____   to  _____

at   _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
       DEPUTY UNITED STATES MARSHAL